IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MASSAIH ALI                          :
                                     :
v.                                   : CIVIL ACTION NO. CCB-02-3097
                                     :
MAYOR'S OFFICE OF EMPLOYMENT         :
 DEV. (CITY OF BALTIMORE)            :
                                     :
..oOo..

**MEMORANDUM**

On September 19, 2002, the plaintiff, who is a resident of Baltimore, Maryland, filed the above-captioned employment discrimination case in this Court, alleging that he was terminated from his job in the Mayor's Office of Employment Development in retaliation for sexual harassment charges he filed against a previous supervisor. (Compl. at 2-3.) Mr. Ali claims that the alleged discrimination occurred during the time period of July 1999 to June 2001. (Id. at 3.) Accompanying the complaint is the plaintiff's motion for leave to proceed in forma pauperis. (Paper No. 2.)

Upon careful consideration, the Court shall required the plaintiff to provide additional information to show this Court that he has "exhausted" administrative review of his employment discrimination claim before the Equal Employment Opportunity Commission ("EEOC"). To do so, the plaintiff must furnish this Court with a copy of any "Right to Sue" letter from the EEOC.

This supplemental information must be sent to the Clerk of Court by plaintiff on or before twenty (20) days from the date of the accompanying Order. Mr. Ali is cautioned that his failure to provide the "Right to Sue" letter in a timely manner, will result in the dismissal of his complaint without further notice from this Court. A decision on the plaintiff's motion for leave to proceed *in forma pauperis* shall be stayed until further notice.

A separate Order follows.

9/24/02
Date

Catherine C. Blake
United States District Judge