IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MASSAIH ALI                          :
                                     :
v.                                   :   CIVIL ACTION NO. CCB-02-3097
                                     :
MAYOR'S OFFICE OF EMPLOYMENT         :
 DEV. (CITY OF BALTIMORE)            :
                               ..oOo..

## O R D E R

In accordance with the foregoing Memorandum, IT IS this 24th day of September, 2002, by this Court, hereby ORDERED that:

1. The plaintiff IS GRANTED an additional TWENTY (20) DAYS from the date of this Order to SUPPLEMENT his complaint to include a copy of the report or "Right to Sue" letter provided to him by the Equal Employment Opportunity Commission. Plaintiff is forewarned that the failure to timely file this supplement may result in dismissal of his claim without further notice from the Court;

2. A ruling on plaintiff's motion for leave to proceed *in forma pauperis* IS STAYED until further notice;

3. The Clerk of Court MAIL a copy of this Order, together with the foregoing Memorandum, to plaintiff.

                                    _____
                                    Catherine C. Blake
                                    United States District Judge